**694**

168 So.2d 495

**Elroy EMBRY**

v.

**CITY OF MONTGOMERY.**

**3 Div. 134.**

Court of Appeals of Alabama.

Oct. 6, 1964.

Fred D. Gray, Montgomery, for appellant.

Walter J. Knabe and Horace Perry, Montgomery, for appellee.

JOHNSON, Judge.

Reversed and rendered on authority of King v. Montgomery, ante p. 462, 168 So.2d 30 (3 Div. 133).

168 So.2d 27

**Leon FELDER**

v.

**CITY OF HUNTSVILLE.**

**8 Div. 867.**

Court of Appeals of Alabama.

Oct. 6, 1964.

Orzell Billingsley, Jr., Peter A. Hall and J. Mason Davis, Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., and Chas. H. Younger, City Atty., Huntsville, for appellee.

CATES, Judge.

This appeal is controlled by Pearson v. City of Huntsville, ante p. 458, 168 So.2d 24, this day decided.

Reversed and remanded.

162 So.2d 620

**Ralph Leon GANDY**

v.

**STATE.**

**6 Div. 20.**

Court of Appeals of Alabama.

Feb. 5, 1964.

Rehearing Denied Feb. 28, 1964.

Petition for coram nobis.

Ralph Leon Gandy, pro se.

PRICE, Presiding Judge.

Petition stricken.

Certiorari denied by Supreme Court, 162 So.2d 620.